IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRADLEY ALLEN WOLFE,

    Plaintiff,

vs.

SONOMA COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

No. C 12-01340 YGR (PR)

**ORDER OF DISMISSAL**

    On November 27, 2012, the Court issued an Order Dismissing Complaint With Leave to Amend and gave Plaintiff thirty days from the date of the Order to file an amended complaint providing factual and legal bases for his claims. Plaintiff was warned that a failure to timely file an amended complaint would result in dismissal for failure to prosecute.

    In an Order dated January 22, 2013, the Court granted Plaintiff an extension of time up to and including March 27, 2013 in which to file his amended complaint.

    The time for Plaintiff to file his amended complaint has passed, and no amended complaint has been filed.

    Accordingly, IT IS HEREBY ORDERED that the complaint in the above-captioned action is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court shall enter judgment, terminate all pending motions, and close the file.

    When and if Plaintiff is prepared to pursue his claims, he may file a new civil rights action. The limitations period to file a § 1983 action in California is two years, but it is tolled for up to two

1  years during a continuous period of incarceration.  *See Silva v. Crain*, 169 F.3d 608, 610 (9th Cir.
2  1999) (holding, pursuant to Cal. Civ. Proc. Code § 340(3), that the limitations period for filing a
3  § 1983 action in California is one year); S.B. 688 (amending Cal. Civ. Proc. Code § 340(3) and
4  adding § 335.1 to establish two-year residual limitations period for personal injury actions); Cal.
5  Civ. Proc. Code § 352.1(a) (providing for an additional two years of tolling during a period of
6  continual imprisonment).

    IT IS SO ORDERED.

DATED: April 8, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.12\Wolfe1340.dism(noAC).wpd     2